**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 05-04058M-001-PCT-MEA |
| Plaintiff, | |
| vs. | **ORDER** |
| SIOUX WHIRLWIND-SOLDIER, | |
| Defendant. | |

The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated certain of the terms of her supervised release as ruled upon in open court..

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show she is not a flight risk or a danger.

DATED this 16th day of January, 2008.

_____
Mark E. Aspey
United States Magistrate Judge