**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | 05-04058M-001-PCT-MEA |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| SIOUX WHIRLWIND-SOLDIER ) | |
|     Defendant. ) | |
| ) | |

    The defendant appeared in court on January 23, 3008 and admitted to violating allegations A, B-1,2, 4 and 5, C and E-2 as contained in the Petition to Revoke Supervised Release.

    IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **THREE (3) MONTHS,** in accordance with 18 U.S.C. § 3585(b), defendant to receive credit for pre-sentence time served.

    IT IS RECOMMENDED that the defendant serve her sentence at the Coconino County Jail.

    DATED this 28th day of January, 2008.

_____
Mark E. Aspey
United States Magistrate Judge